**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DOUGLAS J.A. MACKENZIE, | ) | NO. CV 12-00584-VBF-JC |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| SANDRA HUTCHENS (Orange County Sheriff), TONY RACKAUCKAS (Orange County D.A.), and U.S. ATTORNEY GENERAL HOLDER, | ) | |
| Defendants. | ) | |

Pursuant to this Court's Order issued today and this Court's Order issued on May 4, 2012 (Document 9), final judgment is entered in favor of all the defendants and against the plaintiff.

DATED: September 9, 2013

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE